IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
Rousselot B. V.              :
                             :
                  Plaintiff, :         **DISCLOSURE STATEMENT**
      v.                     :
                             :
                             :
Probactive Biotech, Inc, d.b.a. :
St. Paul Brands              :
                             :
                  Defendant. :
                             :
---------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 the plaintiff Rousselot B.V.("Rousselot") in the above captioned action, represents that Rousselot is a non-governmental corporate party and it has a parent corporation Darling Ingredients Inc. that is a publicly traded corporation. Rousselot does not have any other corporation that owns ten percent (10%) or more of its stock.

Dated: November 26, 2018

Respectfully Submitted,

*[signature]*

Ned W. Branthover
ABELMAN, FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017
Tel: 212-949-9022
Fax: 212 949-9190
Email: nwbranthover@lawabel.com
**Attorneys for Plaintiff**